**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6626**

_____

DALTON ALONZO DIXON,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; STATE OF VIRGINIA,

Defendants - Appellees.


_____

**No. 22-6695**

_____

DALTON ALONZO DIXON,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; STATE OF VIRGINIA,

Defendants - Appellees.


_____

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-ct-03291-D)

_____

Submitted:  November 17, 2022                    Decided:  November 23, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dalton Alonzo Dixon, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Dalton Alonzo Dixon appeals the district court's orders (a) dismissing Dixon's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b); and (b) denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment.  Having reviewed the record and finding no reversible error, we affirm the district court's orders.  *Dixon v. North Carolina*, No. 5:21-ct-03291-D (E.D.N.C. Apr. 18, 2022 & May 27, 2022).  We deny Dixon's motions for leave to file an amended complaint.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*